# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

130869

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VENUS FLEMISTER, Personal
Representative of the Estate of
Ray Flemister, Deceased,
             Plaintiff-Appellee,

v

TRAVELING MEDICAL
SERVICES, P.C., and GARY G.
ERRIGO, D.C., PA-C,
             Defendants-Appellants,

and

ARNOLD HOME, INC., DR. MARVIN
TRIMAS, DR. GODOFREDO C.
SANTIAGO, DR. DANIEL REDDY,
DR. BHAMINI SUDHIR, and
SINAI-GRACE HOSPITAL,
             Defendants.

SC: 130869
COA: 266223
Wayne CC: 04-409314-NH

_____/

By order of September 26, 2006, the application for leave to appeal the February 23, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641). On order of the Court, the case having been decided on June 27, 2007, 478 Mich 412 (2007), the application is again considered and, it appearing to this Court that the case of *Braverman v Garden City Hospital* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

Clerk

11010